

# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2023

No. 04-23-00997-CV

**IN RE SA STRUCTURAL REPAIR SOLUTIONS, LLC A/K/A OLSHAN FOUNDATION SOLUTIONS**

Original Proceeding[1]

## ORDER

On November 13, 2023, relator filed a petition for writ of mandamus and an emergency motion to stay a discovery order from the underlying proceeding pending our final resolution of the petition for writ of mandamus. On November 20, 2023, we issued an order granting relator's emergency motion to stay in part and requested responses from real parties in interest and the trial court. On December 1, 2023, relator filed an unopposed motion to dismiss its petition for writ of mandamus as moot. We **GRANT** the motion, **LIFT** the stay, and **DISMISS** the petition as moot.

It is so **ORDERED** on December 13, 2023.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of December, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2022CI00994, styled *Tuan Thanh Truong and Lieu N. Truong v. SA Structural Repair Solutions, LLC a/k/a Olshan Foundation Solutions*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.